**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Paul DEPAOLI, Petitioner**

**Commonwealth of Pennsylvania, Respondent**

v.

**Paul DePaoli, Petitioner**

**No. 55 MAL 2017**
**No. 56 MAL 2017**

Supreme Court of Pennsylvania.

July 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Jason LEWIS, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (FASTRACK CONSTRUCTION, INC.), Respondent**

**No. 18 EAL 2017**

Supreme Court of Pennsylvania.

July 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.